AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2025 MAY 30 P 12: 03

| United States of America | ) |
|---|---|
| v. | ) |
| Nathan Vilas Laatsch | ) Case No. 1:25mj 325 |
|  | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Nathan Vilas Laatsch                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Attempting to transmit national defense information to an officer or agent of a foreign government, in violation of Title 18, United States Code, Section 794(a).

Date:   05/28/2025

*William Fitzpatrick*
*Issuing officer's signature*

City and state:   Alexandria, Virginia

William E. Fitzpatrick, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5-28-25, and the person was arrested on *(date)* 5-30-25
at *(city and state)*  Alexandria, VA.

Date:  5-30-25

*Arresting officer's signature*

Matthew T. Johnson FBI Special Agent
*Printed name and title*