AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America <br> *Plaintiff* <br> v. <br> Nathan Vilas Laatsch <br> *Defendant* | ) <br> ) <br> ) Case No. 1:25-mj-325 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date:  06/02/2025

/s/ Christina A. Clark
*Attorney's signature*

Christina A. Clark D.C. Bar 995326
*Printed name and bar number*
U.S. Department of Justice
National Security Division
950 Pennsylvania Ave., NW
Washington, D.C. 20530
*Address*

christina.clark3@usdoj.gov
*E-mail address*

(202) 307-5191
*Telephone number*

*FAX number*