IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED IN OPEN COURT

JUN - 3 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 1:25-cr-156 |
| v. ) | |
| ) | Count 1: |
| NATHAN VILAS LAATSCH, ) | Delivering Defense Information to Aid |
| ) | A Foreign Government (18 U.S.C. § 794(a)) |
| Defendant. ) | |

INDICTMENT

June 2025 Term – at Alexandria

THE GRAND JURY CHARGES THAT:

COUNT ONE
(18 U.S.C. §794(a) – Delivering Defense Information to Aid a Foreign Government)

Between on or about March 2, 2025, and on or about May 29, 2025, in Arlington, Virginia, and elsewhere in the Eastern District of Virginia, defendant NATHAN VILAS LAATSCH, with the intent and reason to believe that it was to be used to the injury of the United States and to the advantage of a foreign government, did knowingly and unlawfully attempt to communicate, deliver, and transmit, to representatives of a foreign government, that is, Country 1, documents and information relating to the national defense of the United States, including a document classified TOP SECRET//SCI, that reflected sensitive methods of intelligence collection, intelligence related to foreign military exercises, and analysis of the impact of those military exercises.

(In violation of Title 18, United States Code, Section 794(a).)

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

*Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office*

Eric S. Siebert
United States Attorney

By: _____
Gordon D. Kromberg
Assistant United States Attorney

_____
Christina Clark
Mark Murphy
Trial Attorneys
Counterespionage and Export Control Section
National Security Division
United States Department of Justice