# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

**Place of Offense:** ☒ Under Seal

| Field | Value |
|---|---|
| City: | |
| County: | Arlington |
| Superseding Indictment: | |
| Same Defendant: | |
| Magistrate Judge Case No.: | 1:25mj325 |
| Search Warrant Case No.: | |
| Judge Assigned: | Hon. Rossie D. Alston, Jr. |
| Criminal No.: | 1:25-CR-156 |
| New Defendant: | |
| Arraignment Date: | |
| R. 20/R. 40 From: | |

## Defendant Information:

| Field | Value |
|---|---|
| Defendant Name: | Nathan Vilas Laatsch |
| Alias(es): | |
| Juvenile: ☐ | |
| FBI No.: | |
| Address: | xxxx Kenmore Ave, Apt xxx, Alexandria VA |
| Employment: | |
| Birth Date: | 1996 xx xx |
| SSN: | xxx-xx-6772 |
| Sex: | Male |
| Race: | |
| Nationality: | |
| Place of Birth: | |
| Height: | |
| Weight: | |
| Hair: | |
| Eyes: | |
| Scars/Tattoos: | |
| Interpreter: ☐ | |
| Language/Dialect: | |
| Auto Description: | |

## Location/Status:

| Field | Value |
|---|---|
| Arrest Date: | |
| Already in Federal Custody as of: ☒ | May 29, 2025 in: ADC |

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody
☐ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

| Field | Value |
|---|---|
| Name: | needs security clearance |
| ☐ Court Appointed | |
| Counsel Conflicts: | none |
| Address: | |
| ☐ Retained | |
| Phone: | |
| ☐ Public Defender | |
| ☐ Federal Public Conflicted Out | |

## U.S. Attorney Information:

| Field | Value |
|---|---|
| AUSA(s): | Gordon D. Kromberg |
| Phone: | 703.299.3700 |
| Bar No.: | 33676 |

**Complainant Agency - Address & Phone No. or Person & Title:**

FBI SA Matthew Johnson, 202.278.3813

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 USC 794 | distribution of classified material | 1 | felony |
| Set 2: | | | | |

Date: June 3, 2025   AUSA Signature: *Gordon D. Kromberg*   *may be continued on reverse*