IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:25cr156 |
| | ) | |
| NATHAN VILAS LAATSCH, | ) | |
| | ) | |
| Defendant. | ) | |

GOVERNMENT'S MOTION TO CERTIFY
CASE AS "COMPLEX" UNDER THE SPEEDY TRIAL ACT

The United States requests the Court to certify this case as "complex" under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), and to refrain from setting a trial date until at least the status hearing presently set for July 23, 2025.

Section 3161(h)(7)(B)(ii) enables the Court to schedule the trial of this case beyond the 70-day time limit of the Speedy Trial Act when ". . . the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section."

In this case, the defendant is charged with attempting to transmit to a foreign government information relating to the national defense.  In light of the charge, the United States anticipates that this case will involve classified information, which will require defense counsel to obtain clearances, and likely result in proceedings pursuant to the Classified Information Procedures Act ("CIPA"), Title 18, United States Code, App. III.  Further, prosecution of the case will require coordination with elements of the United States intelligence community, in order to

determine which portion(s) of the information stolen by the defendant will be designated, as materials upon which the United States will rely at trial.

In light of these factors, the United States requests that the Court certify the case as "complex," and further find that the ends of justice served by scheduling a trial date beyond the 70-day deadline of the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Postponement of the selection of a trial date until the status conference presently scheduled for July 23, 2025, should allow the parties sufficient time to prepare for trial in light of the considerations set forth above.

Respectfully submitted,

Eric S. Siebert
United States Attorney

By: _____/s/_____
Gordon D. Kromberg
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3700
Fax: (703) 299-3982
gordon.kromberg@usdoj.gov

<u>Certifcate of Service</u>

I hereby certify that on the 11th day of June 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to counsel of record.

                    Eric S. Siebert
                    United States Attorney

By:      /s/
      Gordon D. Kromberg
      Assistant United States Attorney
      United States Attorney's Office
      2100 Jamieson Avenue
      Alexandria, Virginia 22314
      Tel: (703) 299-3700
      Fax: (703) 299-3982
      gordon.kromberg@usdoj.gov