IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:25cr156 |
| | ) | |
| NATHAN VILAS LAATSCH | ) | |

<u>ORDER</u>

Before the Court is the Government's Motion to Certify Case as "Complex" under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii).  Section 3161(h)(7)(B)(ii) enables the Court to schedule the trial of this case beyond the 70-day time limit of the Speedy Trial Act when ". . . the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section."

The Court finds that the ends of justice favor a continuance and outweigh the interests of the public and the defendant in a speedy trial.  The Court finds that this case is of such a nature as described in 18 U.S.C. § 3161(h)(7)(B)(ii), that adequate preparation for trial by both sides cannot reasonably occur within the normal 70-day time limit mandated by the Speedy Trial Act.  The events underlying the charge in the indictment involve classified information, require defense counsel to obtain clearances, and may result in proceedings pursuant to the Classified Information Procedures Act, Title 18, United States Code, App. III.  Therefore, the Court GRANTS the Government's Motion and CERTIFIES this case as "complex" under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii).

Signed for entry, this __ day of June 2025, at Alexandria, Virginia.

_____