IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal Action No. 1:25-CR-156 (RDA) |
| ) | |
| NATHAN VILAS LAATSCH, ) | |
| ) | |
| Defendant.  ) | |

**ORDER**

This matter came before the Court for arraignment on June 11, 2025. During the proceeding, the Government orally moved the appointment of Harry Rucker as a Classified Information Security officer pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA. Based on the representations of the Government, that motion is GRANTED.

It is FURTHER ORDERED that, in accordance with Section 9 of CIPA and the Security Procedures promulgated under Section 9, the Court designates Harry J. Rucker as the Classified Information Security Officer in this case. It is FURTHER ORDERED that the Court designates the following persons as Alternate Classified Information Security Officers, to serve in the event that Mr. Rucker is unavailable: Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matther W. Mullery, William S. Noble, and Winfield S. "Scooter" Slade.

It is FURTHER ORDERED that the designated Classified Information Security Officer and alternates SHALL perform the functions and carry out the duties and responsibilities prescribed in the Security Procedures promulgated under Section 9 of CIPA.

It is SO ORDERED.

Alexandria, Virginia
June 11, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge