IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:25-CR-156 |
| ) | |
| NATHAN VILAS LAATSCH ) | |
| Defendant. ) | |
| _____ ) | |

FILED
IN OPEN COURT

JUN 11 2025

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

### WAIVER OF RIGHTS PURSUANT TO TITLE 18 UNITED STATES CODE SECTION 3161(c)(1)

I acknowledge that I have been advised by my attorney of my statutory right to have my trial commence within SEVENTY (70) DAYS of the filing date of the charges against me or from the date of my first appearance before a judicial officer, whichever occurred later, and after consultation with my attorney, I hereby CONSENT to the commencement of my trial on a date which exceeds the statutory SEVENTY (70) DAY limit, because the ends of justice are served by the continuance of this case.

Date: 6/11/25

_____
Nathan Vilas Laatsch