IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 1:25-CR-156 (RDA) |
| ) | |
| NATHAN VILAS LAATSCH, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter comes before the Court on the Government's Motion to Certify the Case as Complex. Dkt. 24. Defendant is charged in this case with attempting to transmit to a foreign government information relating to the national defense. Dkt. 16. The speedy trial deadline in this case is August 12, 2025. At the arraignment on June 11, 2025, the Government represented that this case will involve classified information, that defense counsel need to obtain security clearances, and will require compliance with the Classified Information Procedures Act ("CIPA"). The Defendant also signed a speedy trial waiver and waived his rights to speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h).

For the reasons stated during the arraignment and in the Government's Motion, the Court FINDS that this case is complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) given the nature of the charges and discovery in this case and the need for defense counsel to obtain security clearances. The Court further FINDS that the ends of justice outweigh the interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A), such that setting a trial date beyond the speedy trial deadline is warranted.

Accordingly, it is hereby ORDERED that the Motion (Dkt. 24) is GRANTED; and it is

FURTHER ORDERED that the Court CERTIFIES that this case is complex under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii); and it is

FURTHER ORDERED that this matter is SCHEDULED for a status conference on July 23, 2025; and it is

FURTHER ORDERED that the time from June 11, 2025 through the date of trial is EXCLUDED from the Speedy Trial calculation.

It is SO ORDERED.

Alexandria, Virginia
June 13, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge