Date: 08/26/2026 Judge: Alston Reporter: T. Harris
Time: 11:10 to 11:29

UNITED STATES of AMERICA
Vs.

Nathan Vilas Laatsch
Defendant's Name

1:25-cr-00156
Case Number

Lauren Rosen, Valencia Roberts
Counsel for Defendant

Mark Murphy, Gordon Kromberg
Counsel for Government

Matter called for:

| | | | |
|---|---|---|---|
| ( ) Motions | ( ) Setting Trial Date | (✓) Change of Plea Hrg. | ( ) Rule 35 |
| ( ) Arraignment | ( ) Appeal from USMC | ( ) Sentencing | ( ) Rule 20 & Plea |
| ( ) Probation/Supervised Release Hrg. | | ( ) Pre-Indictment Plea | ( ) Status Conference |

Defendant appeared: (✓) in person ( ) failed to appear
(✓) with Counsel ( ) without counsel ( ) through counsel

Filed in open court:
( ) Criminal Information (✓) Plea Agreement (✓) Statement of Facts ( ) Waiver of Indictment ( ) Discovery Order

Arraignment & Plea:
( ) WFA ( ) FA (✓) PG ( ) PNG Trial by Jury: ( ) Demanded ( ) Waived

Defendant entered Plea of Guilty as to Count 1of the Indictment Plea Accepted (✓)
Defendant directed to USPO for PSI: (✓) Yes ( ) No
Case continued to 1/27/2027 at 10:00 for: ( ) Jury Trial ( ) Bench Trial (✓) Sentencing

Bond Set at: $ ( ) Unsecured ( ) Surety ( ) Personal Recognizance
( ) Release Order Entered (✓) Deft. Remanded ( ) Deft. Released on Bond ( ) Deft. Continued on Bond

Defendant is: (✓) In Custody ( ) Summons Issued ( ) On Bond ( ) Warrant Issued ( ) 1st appearance