IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
IN OPEN COURT
AUG 26 2026
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA, )
)
v. ) Criminal Action No. 1:25-cr-~~109~~ 156 (RDA)
Nathan V. Laatsch, )
)
)
Defendant. )

**NOTICE OF RIGHT TO APPEAL SENTENCE UNDER LIMITED CIRCUMSTANCES**

Defendant Nathan Laatsch ("Defendant") comes before the Court for the purpose of entering a plea of guilty. In addition to the colloquy regarding the significance of Defendant's guilty plea, the Court, pursuant to Fed. R. Crim P. 32(j)(1)(B), now provides notice to Defendant of the right to appeal Defendant's sentence.

While Defendant has entered into a plea agreement wherein Defendant generally waived Defendant's right to appeal the sentence of the Court, Defendant nevertheless retains the right to obtain appellate review of Defendant's sentence on certain limited grounds, including a sentence outside of the statutorily prescribed maximum, a sentence based on a constitutionally impermissible factor, or circumstances wherein Defendant did not waive this right knowingly and voluntarily.

I, Nathan V. Laatsch, the Defendant, do hereby acknowledge that I understand that I have the right to appeal my sentence under the circumstances referenced herein.

[signature]
Counsel for Defendant

8/26/2026
Date

[signature]
Defendant

8/26/2026
Date

Alexandria, Virginia
August 26, 2026

[signature]
Rossie D. Alston, Jr.
United States District Judge